David D. PROBERT and Jacklyn O. Probert, Plaintiffs–Appellants,

v.

The CLOROX COMPANY, INC., Defendant–Appellee.

No. 2010–1298.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2010.

Todd E. Zenger, Kirton & McConkie, of Salt Lake City, Utah, argued, for plaintiffs-appellants.

David R., Wright, Workman Nydegger, of Salt Lake City, Utah, argued, for defendant-appellee. With him on the brief were David R. Todd and Clinton E. Duke.

Before GAJARSA, PROST, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

T HIS  C AUSE  having been heard and considered, it is O RDERED  and A DJUDGED :

**AFFIRMED.**  *See* **Fed. Cir. R. 36.**